JACOB SINGER & ASSOC,
1375 BROADWAY, SUITE 600
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROVIO ENTERTAINMENT LTD

VS.                                                    INDEX#12:CIV 5543(SBA)

ROYAL PLUSH TOYS, INC., ET AL.

State of __California__ , County of __San Francisco__ SS:

I, __Tony Klein__ (name of server) ~~being duly sworn deposes and says~~ declare that deponent is over the age of eighteen years: Is not a party to this action and whose address is

__4104 - 24th St., #393, San Francisco, CA__ (server's address).

That on the __29th__ day of __No.__, ~~200~~ 2012

at __9:29__ AM.(time of service)

Deponent served the annexed:
 **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS & THINGS TO DEFENDANTS;
ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO CONDUCT EXPEDITED DISCOVERY;**

at: __4771 Arroyo Vista, Ste. B, Livermore, CA 94551__
upon **JONG K. PARK** by:
 (x)delivering thereat a true copy to:

__Jong K. Park__ (name of accepter),personally.

( ) by affixing a true copy to the door pf said premises. At the time of said service deponent rangthe bell and/or knocked on the door, but received no reply.After reasonable application, deponent was unable to find defendant/ respondent or a person of suitable age and discretion who could accept sevice.

ATTEMPT1..............................................

ATTEMPT2..............................................

300/PS11-102

( ) Deponent asked the person spoken to whether JONG K. PARK was in the military service of the u.s. government and was told that JONG K. PARK was not.

Deponent describes the individual who accepted serviceas follows:

age: 65 sex: M skin color: W approx. height: 5'6"

approx. weight: 150 lbs.

I declare under penalty of perjury/that this information is true. under the laws of the United States

_____
Tony Klein

SERVER

300/ PS 11.12-102.
SWORN TO BEFORE ME THIS
DAY OF