UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD<br><br>Plaintiff<br><br>v.<br><br>ROYAL PLUSH TOYS, INC., et al.<br><br>Defendants | Case No.:4:12-cv-05543-SBA (JCS)<br><br>**ORDER GRANTING MOTION TO CONDUCT LIMITED DISCOVERY ON AN EXPEDITED BASIS, AND FOR PRESERVATION OF EVIDENCE**<br><br>Re: Dkt. No.: 33. |

On January 15, 2013, Plaintiff filed a Letter Requesting Right to Enter Defendants' Business Premises on an Expedited Basis to Conduct Discovery.

On January 28, 2013, a telephonic hearing was held. Jason Drangel, counsel for Plaintiff, appeared. Jong K. Park, pro se, appeared for Defendants.

For the reasons stated on the record, and with the consent of Defendant Jong K Park stated on the record, and good cause appearing, Defendants are ORDERED as follows:

1. Defendants shall permit plaintiff's counsel to inspect in person all paper and electronic files in the custody or control of Defendants at the office and warehouse of Defendants located at 4771 Arroyo Vista, Livermore, CA to search for documents and files responsive to the document demands served by plaintiff in this case. Defendants shall provide all passwords necessary for plaintiff to have access to computers and other electronic records. Plaintiff may copy documents responsive to the outstanding document demands, and may copy any hard drives for later searching.
2. The inspection shall occur beginning on **February 6, 2013 at 2 p.m**.
3. The parties shall submit a proposed form of protective order to the court for review. As agreed at the hearing, all bank account records shall be confidential, and shall not

be disclosed to anyone other than counsel of record, the parties, their experts, and the court and its personnel until a protective order is signed by the court.

4. Defendants shall not destroy or damage any paper or electronic files in its possession or control pending further order of the court. As part of their obligation under this order, Defendants shall not delete, alter or overwrite any electronic files existing as of the date of the hearing. Although at the hearing, the court limited the duration of this order to the time period from the hearing to the inspection, on reflection the court believes that all records should be preserved pending resolution of this action.

IT IS SO ORDERED.

Dated: January 30, 2013

_____
Joseph C. Spero
United States Magistrate Judge