UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD,<br><br>    Plaintiff,<br>  v.<br>ROYAL PLUSH TOYS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-05543 LB<br><br>**ORDER REGARDING DEFENDANT JONG K. PARK'S APPEARANCE AT THE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff Rovio Entertainment Ltd. ("Rovio"), which is the developer of the video game "Angry Birds," filed suit against defendants Royal Plush Toys, Inc., Western Sales and Services Inc., Royal Trade Int'l Inc., and Jong K. Park (collectively, "Defendants") for selling counterfeit versions of Angry Birds-themed plush toys. *See generally* Complaint, ECF No. 1.[1] Defendants' default was entered and now Rovio moves for default judgment against them. Motion for Default Judgment, ECF No. 45. The district court referred Rovio's motion to the undersigned for a report and recommendation. 3/13/2013 Order, ECF No. 41; Notice of Referral, ECF No. 42. Oral argument on the motion is scheduled to take place at 9:30 a.m. on May 15, 2013 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

On May 13, 2013, the undersigned received an email from Mr. Park (attached). In it, Mr. Park states that he wishes to attend the May 15, 2013 hearing. He may do so on behalf of himself, of

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-05543 SBA (LB)
ORDER

1 course, *see* N.D. Cal. L.R. 3-9(a), but he may not appear on behalf of Royal Plush Toys, Inc.,
2 Western Sales and Services Inc., Royal Trade Int'l Inc. because"[a] corporation, unincorporated
3 association, partnership or other such entity may appear only through a member of the bar of this
4 Court," *see* N.D. Cal. L.R. 3-9(b).

5    This order will be e-filed so that it appears on ECF and also will be emailed to Mr. Park.

6 **IT IS SO ORDERED.**

7 Dated: May 13, 2013

8 _____
LAUREL BEELER
United States Magistrate Judge

C 12-05543 SBA (LB)
ORDER

2

**Case No.C 12-5543 SBA**

jkpark  to: LBpo                                                                                05/13/2013 11:46 AM

Your Honour Magistrate Judge Laurel Beeler,

I am one of the dependents parties Jong K Park.

wish to participate by myself the Motion Hearing on may 15 am 9:30 if you permit since we do not hire a lawyer for cost problems.

please respond to us.

best regards,

Jong K Park