1 | J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2 | Annie S. Wang (SBN 243027)
*annie@coombspc.com*
3 | J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
4 | Glendale, California 91206
Telephone: (818) 500-3200
5 | Facsimile: (818) 500-3201

6 | Jason M. Drangel (JMD 7204)
*jdrangel@ipcounselors.com*
7 | Robert L. Epstein (RE 8941)
William C. Wright (WCW 2213)
8 | EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2410
9 | New York, NY 10165
Telephone:   (212) 292-5390
10 | Facsimile:    (212) 292-5391

11 | Attorneys for Plaintiff ROVIO
ENTERTAINMENT LTD fka
12 | ROVIO MOBILE OY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY,  )<br>Plaintiff,  )<br>v.  )<br>ROYAL PLUSH TOYS, INC., et al.,  )<br>Defendants.  ) | Case No. C 12-5543 SBA<br><br>ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of Plaintiff Rovio Entertainment LTD fka Rovio Mobile OY to substitute Annie S. Wang, annie@*coombspc.com*, State Bar Number 250235, of J. Andrew Coombs, A P.C., 517, East Wilson Avenue, Suite 202, Glendale, California 91206, as attorney of record in place and stead of Nicole L. Drey is hereby GRANTED.

IT IS SO ORDERED.

Dated  10/11/2013

*Saundra B. Armstrong*
United States District Judge

Rovio Entertainment LTD, et al. v. Royal Plush Toys Inc., et al.:   - 1 -
[Proposed] Order re Request for Substitution of Attorney