J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Jason M. Drangel (JMD 7204)
*jdrangel@ipcounselors.com*
Robert L. Epstein (RE 8941)
William C. Wright (WCW 2213)
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

Attorneys for Plaintiff ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY ) ) ) Plaintiff, ) v. ) ) ROYAL PLUSH TOYS, INC., et al., ) ) Defendants. ) ) | Case No. C 12-5543 SBA<br><br>ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of Plaintiff Rovio Entertainment LTD fka Rovio Mobile OY to substitute Annie S. Wang, annie@*coombspc.com*, State Bar Number 250235, of J. Andrew Coombs, A P.C., 517, East Wilson Avenue, Suite 202, Glendale, California 91206, as attorney of record in place and stead of Nicole L. Drey is hereby GRANTED.

IT IS SO ORDERED.

Dated  10/11/2013                              *Saundra B. Armstrong*
                                                United States District Judge

Rovio Entertainment LTD, et al. v. Royal Plush Toys Inc., et al.:      - 1 -
[Proposed] Order re Request for Substitution of Attorney