IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD, | No. C 12-05543 SBA |
| Plaintiff, | JUDGMENT |
| v. | |
| ROYAL PLUSH TOYS, INC., et al., | |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order Adopting Report and Recommendation,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 20th day of March, 2014.

RICHARD W. WIEKING
Clerk of Court

By: _____



Deputy Clerk