**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROVIO ENTERTAINMENT LTD,   No. C 12-05543 SBA

    Plaintiff,   JUDGMENT

v.

ROYAL PLUSH TOYS, INC., et al.,

    Defendants.
                                    /

    Judgment is hereby entered consistent with the Court's Order Adopting Report and Recommendation,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 20th day of March, 2014.

                                                RICHARD W. WIEKING
                                                Clerk of Court



                                        By: _____
                                               Deputy Clerk