UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY, <br><br> Plaintiff, <br><br> vs. <br><br> ROYAL PLUSH TOYS, INC., et al. <br><br> Defendants. | CASE NO. 12-CV-05543-SBA <br><br> **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

Dated: 4/14/2014

*[Signature: Saundra B. Armstrong]*
Judge of the United States District Court

-1-

**ORDER FOR SERVICE OF PROCESS**  12-CV-05543