1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY, | CASE NO. CV 12-05543 SBA |
| 12 | [~~PROPOSED~~] **ORDER FOR APPEARANCE OF JUDGMENT DEBTOR JONG K. PARK AT JUDGMENT DEBTOR'S EXAMINATION** |
| 13       Plaintiff, | |
| 14       vs. | |
| 15  ROYAL PLUSH TOYS, INC., et al, | |
| 16       Defendant. | Date: February 23, 2015<br>Time: 2:00 pm<br>Place: Courtroom C, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

19     The Judgment Debtor's Examination of JONG K. PARK ("Judgment Debtor"), came on for hearing on December 17, 2014 at 9:00 am in Courtroom C of the above-entitled Court. Attorney Robert Cohen specially appeared for The Guerrini Law Firm, attorney of record for Judgment Creditor ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY (hereinafter "Judgment Creditor.") The Judgment Debtor appeared.

25  / / /
26  / / /
27  / / /
28  / / /

1    The Court hereby ORDERS:

2    JONG K. PARK appear in Courtroom C, 15th Floor, at the United States
3    District Court, Northern District of California, 450 Golden Gate Avenue, San
4    Francisco, CA 94102, on February 23, 2015 at 2:00 p.m.

5

6    **<u>NOTICE TO JONG K. PARK:</u>**

7    YOU ARE ORDERED TO APPEAR personally before this court, or
8    before a referee appointed by the court, to furnish information to aid in
9    enforcement of a money judgment against you.

10   If you fail to appear at the time and place specified in this Order, you may
11   be subject to arrest and punishment for contempt of Court, and the Court may
12   make an order requiring you to pay the reasonable fees incurred by Judgment
13   Creditor in this proceeding.

14

15

16   Dated: January 5, 2015                    _____
17                                              Judge of the United States District Court
                                                Laurel Beeler

-2-

CV 12-05543 SBA