1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROYAL PLUSH TOYS, INC., et al,<br><br>　　　　Defendant. | CASE NO. CV 12-05543 SBA<br><br>**[~~PROPOSED~~] ORDER FOR APPEARANCE OF JONG K. PARK, PRESIDENT OF JUDGMENT DEBTORS, ROYAL PLUSH TOYS, INC., WESTERN SALES AND SERVICES INC., AND ROYAL TRADE INTERNATIONAL INC., AT JUDGMENT DEBTOR'S EXAMINATION**<br><br>Date:   February 23, 2015<br>Time:   2:00 pm<br>Place:  Courtroom C, 15th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102 |

　　　The Judgment Debtor's Examination of JONG K. PARK ("Park"), President of Judgment Debtors ROYAL PLUSH TOYS, INC., WESTERN SALES AND SERVICES INC., and ROYAL TRADE INTERNATIONAL INC. (hereinafter "Judgment Debtors") came on for hearing on December 17, 2014 at 9:00 am in Courtroom C of the above-entitled Court.  Attorney Robert Cohen specially appeared for The Guerrini Law Firm, attorney of record for Judgment

-1-

1  Creditor ROVIO ENTERTAINMENT LTD fka ROVIO MOBILE OY
2  (hereinafter "Judgment Creditor.")  Park appeared.
3         The Court hereby ORDERS:
4         JONG K. PARK, President of Judgment Debtors  appear in Courtroom C,
5  15th Floor, at the United States District Court, Northern District of California, 450
6  Golden Gate Avenue, San Francisco, CA 94102, on February 23, 2015 at 2:00
7  p.m.
8
9                      **NOTICE TO JONG K. PARK:**
10         YOU ARE ORDERED TO APPEAR personally before this Court, or
11  before a referee appointed by the Court, to furnish information to aid in
12  enforcement of a money judgment against Judgment Debtors ROYAL PLUSH
13  TOYS, INC., WESTERN SALES AND SERVICES INC., and ROYAL TRADE
14  INTERNATIONAL INC.
15         If you fail to appear at the time and place specified in this Order, you may
16  be subject to arrest and punishment for contempt of Court, and the Court may
17  make an order requiring you to pay the reasonable fees incurred by Judgment
18  Creditor in this proceeding.
19
20
21  Dated: January 5, 2015                    _____
22                                            Judge of the United States District Court
                                              Laurel Beeler
23
24
25
26
27
28